IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES A. BUSH**                                                         **PLAINTIFF**

V.                                                        **NO. 4:20-CV-196-DMB-JMV**

**OPM**                                                        **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the "Order Adopting Report and Recommendation" entered this day, Charles A. Bush's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 22nd day of October, 2021.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**